**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 10-cr-00010-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PEDRO SALES-LOPEZ,

       Defendant.

**ORDER SETTING CHANGE OF PLEA HEARING**

A Notice of Disposition was filed in the above matter on March 3, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **March 25, 2010, at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on March 22, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** *Booker* **and** *FanFan* **decisions, and they will only be accepted in certain circumstances.**

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for March 8, 2010, and the three-day jury trial in this matter, set to commence March 15, 2010, are VACATED.

DATED: March 5, 2010.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge