# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00010-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO SALES-LOPEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The sentencing hearing scheduled for June 22, 2010, has been <u>rescheduled</u> for July 28, 2010, at 10:00 a.m.

    DATED: June 22, 2010